IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )    Criminal No. 05-261
                                  )
MICHAEL D. ALTMAN                 )

## ORDER OF COURT

AND NOW, to-wit, this ___9th___ day of ___May___, 2006,

upon consideration of the foregoing Motion to Seal, it is

hereby ORDERED, ADJUDGED AND DECREED that said motion be, and

the same hereby is, granted.  It is FURTHER ORDERED that said

Motion to Postpone Sentencing shall remain sealed until

further Order of Court.


_____
Gary L. Lancaster
United States District Judge