IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-261 |
| | ) |
| MICHAEL D. ALTMAN | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 29th day of Sept, 2006, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. It is FURTHER ORDERED that said Motion to Postpone Sentencing shall remain sealed until further Order of Court.

_____
Gary L. Lancaster
United States District Judge