IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Criminal No. 05-261
                              )
MICHAEL D. ALTMAN             )

**ORDER OF COURT**

AND NOW, to-wit, this 26th day of December , 2006,
upon consideration of the foregoing Motion to Seal, it is
hereby ORDERED, ADJUDGED AND DECREED that said motion be, and
the same hereby is, granted.  It is FURTHER ORDERED that said
Motion to Postpone Sentencing shall remain sealed until
further Order of Court.

Gary L. Lancaster
United States District Judge