Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael D. Altman						Docket No. 05-00261-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael D. Altman, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 4 day of May 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not unlawfully possess a controlled substance.
- Shall not possess a firearm or any other destructive device.
- Shall submit to urinalysis, as directed by the probation officer and shall participate in a substance abuse treatment program, if deemed necessary. The defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. Furthermore, the defendant shall submit to one drug test within 15 days of being placed on supervision and at least two periodic drug tests thereafter, as directed by the probation officer.
- Shall pay restitution of $88,945.74 through monthly installments of not less than 10% of his gross monthly income or a nominal amount of $50.00 per month.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall notify the United States Attorney's office of any change of his address within 30 days while any portion of restitution remains outstanding.

05-04-2007:	Bank Fraud; 3 years' probation; Currently supervised by U.S. Probation Officer Tara Kessler

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that, to date, restitution in the amount of $1,550.00 has been paid, leaving a balance of $87,395.74. The Probation Office respectfully recommends that this case be permitted to close at expiration, effective May 3, 2010, with restitution owing.

FILED 2010 MAR -4 PH 3:08 CLERK US DISTRICT COURT

U.S.A. vs. Michael D. Altman
Docket No. 05-00261-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 05-00261-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| ORDER OF COURT<br>Considered and ordered this 7th day of March, 2010 and ordered filed and made a part of the records in the above case.<br><br>*/s/* <br>U.S. District Judge/Magistrate | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on   March 2, 2010<br><br>*/s/ Tara Kessler*<br>Tara Kessler<br>U.S. Probation Officer<br><br>*/s/ Roselyn Gerson*<br>Roselyn Gerson<br>Supervising U.S. Probation Officer<br><br>Place:   Pittsburgh, PA |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Probation and Pretrial Services Office

Theodore W. Johnson
Chief U.S. Probation Officer

Gerald R. Buban
Deputy Chief U.S. Probation Officer



411 Seventh Ave., Suite 1100
P.O. Box 1468
Pittsburgh, PA 15230-1468
Telephone: 412-395-6907
Fax: 412-395-4864

January 19, 2010

Michael Altman

RE: Criminal No.: 05-00261

## RESTITUTION PAYMENT AGREEMENT

I, Michael Altman, agree to pay 10 percent of my gross monthly income or a nominal amount of $50.00 per month toward the court ordered outstanding restitution obligation after my term of supervised release expires on May 3, 2010, until the balance is paid in full. I am aware that the total amount of restitution ordered was $88,945.74 and of that amount, $87,545.74 remains due and owing. Monthly restitution payments will be mailed to the U.S. Clerk of Courts, U.S. District Court, PO Box 1805, Pittsburgh, PA 15230. Attn: Dennis Radinsky.

I fully understand that in order to avoid penalties up to 25 percent pursuant to 18 U.S.C. § 3612(g) and future legal action by civil means, including a wage garnishment, I must keep paying until the debt is paid in full. It is my responsibility to notify the U.S. Attorney's Office, Financial Litigation Unit of any change in mailing address or residence within 30 days of the change.

********************************************************************************

Witness: _____        Signed: _____
Tara Kessler                            Michael Altman
United States Probation Officer         Probationer or Supervised Releasee

1/19/10
Date